

```
                                              FILED

                                        2019 SEP 13  P 4: 46

                                        CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT BY:   DEPUTY

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL BECERRA (1),<br>GABRIELLE LOGUE (2),<br>KELLY DANIELS (3),<br>LARRY MEISNER (4),<br>WALTER KUTTNER (5),<br>KELLY JEAN KELLY (6),<br>KURT ROIZ (7),<br>RODOLFO ANDRADE (8),<br>ALFREDO GOMEZ (9),<br><br>　　　　　Defendants. | Case No. **19 CR 3626 CAB**<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 18, U.S.C., Secs. 1956(a)(2)(A), 1956(a)(2)(B)(i), and 1956(h) - Conspiracy to Launder Monetary Instruments; Title 21, U.S.C., Sec. 853 and Title 18, U.S.C., Sec. 982 - Criminal Forfeiture<br><br>**CASE UNSEALED PER ORDER OF COURT** |

The grand jury charges:

### Count 1

Beginning on a date unknown to the grand jury and continuing up to and including the date of this Indictment, within the Southern District of California and elsewhere, defendants SAMUEL BECERRA, GABRIELLE LOGUE, KELLY DANIELS, LARRY MEISNER, WALTER KUTTNER, KELLY JEAN KELLY, KURT ROIZ, RODOLFO ANDRADE, and ALFREDO GOMEZ, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury, to distribute 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and 50 grams and more of

methamphetamine (actual), a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 2

Beginning on a date unknown to the grand jury and continuing to the date of this Indictment, within the Southern District of California and elsewhere, defendant SAMUEL BECERRA, did knowingly and intentionally conspire and agree with other persons, known and unknown to the Grand Jury:

    a.  to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, that is, the felonious importation and distribution of controlled substances punishable under Title 21, United States Code, Chapter 13, in violation of Title 18, United States Code, Section 1956(a)(2)(A); and

    b.  to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission and transfer was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, the felonious importation and distribution of controlled substances punishable under Title 21, United States Code, Chapter 13, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

2. Upon conviction of the felony offense alleged in Count 1 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants SAMUEL BECERRA, GABRIELLE LOGUE, KELLY DANIELS, LARRY MEISNER, WALTER KUTTNER, KELLY JEAN KELLY, KURT ROIZ, RODOLFO ANDRADE, and ALFREDO GOMEZ, shall forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Indictment.

3. Upon conviction of the offense alleged in Count 2 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), defendant SAMUEL BECERRA, shall forfeit to the United States, all property, real and personal, involved in such offense, and all property traceable to such property.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

```
 1            c.   has been placed beyond the jurisdiction of the Court;
 2            d.   has been substantially diminished in value; or
 3            e.   has been commingled with other property which cannot be
 4   subdivided without difficulty; it is the intent of the United States,
 5   pursuant to Title 21, United States Code, Section 853(p) and Title 18,
 6   United States Code, Section 982(b), to seek forfeiture of any other
 7   property of the defendants up to the value of the property listed above
 8   as being subject to forfeiture.
 9   All pursuant to Title 21, United States Code, Section 853, and Title 18,
10   United States Code, Section 982.
11        DATED: September 13, 2019.
12                                              A TRUE BILL:
13
14                                              _____
                                                Foreperson
15   ROBERT S. BREWER, JR.
     United States Attorney
16
17   By:  _____
         MATTHEW J. SUTTON
18       MARIO J. PEIA
         Assistant U.S. Attorneys
19
```